**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

FREDERICK D. BUNTIN

vs Case No. 5:08cv374/MCR/EMT

STATE OF FLORIDA

---

**ORDER**

Petitioner's **Letter to "Dear Sir or Madam" with previously returned Untitled Document, (received by the clerk of the court, Panama City Division, on February 10, 2009)**, was referred to the undersigned with the following deficiencies:

> The document is not properly captioned for this court. Every paper filed after the petition must have the name of this court. The names of the parties (the style of the case) shall be clearly set forth in the upper left-hand corner on the first page of all pleadings, motions, briefs, applications, and other papers tendered for filing. To the right of the style shall be the case number, including judges' initials, if a case number and a judge or judges have been assigned. *See* N.D. Fla. Loc. R. 5.1(B)(1).
>
> The document is not in proper form. A request for a court order shall be by motion. Fed. R. Civ. P. 7(b). The title of the motion shall include a clear, concise and specific description of the motion and the filing party. *See* Fed. R. Civ. P. 7(b)(2), 10(a); N.D. Fla. Loc. R. 5.1(B)(2). The body of the motion shall state with particularity the grounds for the request and shall set forth the relief or order sought. *See* Fed. R. Civ. P. 7(b). Petitioner is advised that he should not address or present to the court in the form of a letter or the like any application requesting relief or presenting arguments. *See* N.D. Fla. Loc. R. 7.1(F)(1).

For these reasons, it is **ORDERED** that:

> The submitted hard copy of the document shall be returned to Petitioner by the Clerk without electronic filing. It may be resubmitted after the above-noted deficiencies are corrected.

**DONE AND ORDERED** this 20th day of February 2009.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**